The relief described hereinbelow is SO ORDERED.

Signed October 25, 2010.



_____
Ronald B. King
United States Chief Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In Re:                                                                                 Chapter 13
DENNIS LEON BULLOCK

Debtor(s)                                                     Case No. 10-52450 K
SSN XXX-XX-5203

_____

**ORDER DENYING CONFIRMATION**
-------------------------

**ON Thursday, October 21, 2010 CAME ON TO BE CONSIDERED confirmation of the**

**proposed plan in the above captioned case. The case was filed on July 01, 2010**

**and the proposed plan was filed on Thursday, July 1, 2010.**

**At the Confirmation Hearing, the Court denied confirmation of the debtor's proposed**

**Chapter 13 Plan. Therefore, it is ORDERED, ADJUDGED AND DECREED that the**

**confirmation of the debtor's proposed chapter 13 plan is DENIED.**

###

# CERTIFICATE OF NOTICE

```
District/off: 0542-5           User: brionesr                Page 1 of 2                   Date Rcvd: Oct 25, 2010
Case: 10-52450                 Form ID: pdfapac              Total Noticed: 28


The following entities were noticed by first class mail on Oct 27, 2010.
db            +Dennis Leon Bullock,    1824 E. Crockett St.,    San Antonio, TX 78202-3109
aty           +James E. Bailey, III,    Davis Law Firm,    909 NE Loop 410, Suite 100,
                San Antonio, TX 78209-1315
cr            +Gary Levinson,    c/o West & West Attorneys,    2929 Mossrock, #204,    San Antonio, TX 78230-5116
14592648      +Bexar County,    c/o Don Stecker,    711 Navarro Suite 300,    San Antonio, TX 78205-1749
14576693     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court:  Credit Acceptance,    25505 W 12 Mile Rd Ste 3000,
                Southfield MI 48034)
14570892      +Collection,    700 Longwater Dr,    Norwell, MA 02061-1796
14570894      +Credit Acceptance,    Attn: Bankruptcy,    PO Box 551888,    Detroit, MI 48255-1888
14570895      +Davis Law Firm,    909 N.E. Loop 410, Suite 100,    San Antonio, Texas 78209-1315
14570896      +Dennis Leon Bullock,    1824 E. Crockett St.,    San Antonio, Texas 78202-3109
14570897      +Dr/bond Coll,    PO Box 498609,    Cincinnati, OH 45249-8609
14570898      +Duvera Collections,    1959 Palomar Oaks Way St,    Carlsbad, CA 92011-1314
14570899      +Gary Levinson,    5292 Dacy Lane,    Buda, Texas 78610-9722
14570900     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
                (address filed with court:  Internal Revenue Service,     P.O. Box 21126,    Philadelphia, PA  19114)
14570901      +Linebarger Goggan Blair,    & Sampson LLP,    711 Navarro, Suite 300,    San Antonio TX 78205-1749
14637183      +NATIONAL CREDIT ADJUSTERS LLC,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
                SAINT CLOUD MN 56302-7999
14689582       NCO PORTFOLIO MANAGEMENT,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
14570902      +National Credit Adjust,    PO Box 3023,    Hutchinson, KS 67504-3023
14570905       Sylvia S. Romo, C.P.A.,    Bexar Co. Assessor/Collector,    P.O. Box 839950,
                San Antonio, TX 78283-3950
14570906       Tlra,   Po Box 650647,    Dallas, TX 75265
14570907      +Tridentasset.com,    5755 N Point Pkwy,    Alpharetta, GA 30022-1142
14570908       United States Attorney,    Taxpayer Division,    601 N.W. Loop 410, Suite 600,
                San Antonio, TX  78216-5512
14570909      +United States Attorney General,    Main Justice Bldg., Rm 5111,    10th & Constitution Ave.,N.W.,
                Washington, D.C 20530-0001

The following entities were noticed by electronic transmission on Oct 25, 2010.
14570890      +E-mail/PDF: recoverybankruptcy@afninet.com Oct 26 2010 01:15:51     Afni, Inc.,
                Attn: DP Recovery Support,    PO Box 3427,    Bloomington, IL 61702-3427
14570891      +E-mail/Text: rbaldwin@autotrakk.com                            Autotrakk Llc,    1500 Sycamore Road,
                Montoursville, PA 17754-9303
14627972      +E-mail/Text: bankruptcy@consumerportfolio.com
                Consumer Portfolio Services, Inc.,    P.O. Box 57071,    Irvine, Ca 92619-7071
14570893      +E-mail/Text: bankruptcy@consumerportfolio.com                            Consumer Portfolio Svc,
                Attn: Bankruptcy,    16355 Laguna Canyon Rd,    Irvine, CA 92618-3801
14570904      +E-mail/Text: ebn@phinsolutions.com                            Rjm Acq Llc,
                575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
14570910      +E-mail/Text: luzma@westandwestattorneys.com                            West & West, Attorneys, P.C.,
                2929 Mossrock, Suite 204,    San Antonio, TX 78230-5116
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bexar County,   Linebarger Goggan et al
14570903       Nicole Bullock,   Address Unknown
14592650*     +Bexar County,    c/o Don Stecker,    711 Navarro Suite 300,    San Antonio, TX 78205-1749
14592651*     +Bexar County,    c/o Don Stecker,    711 Navarro Suite 300,    San Antonio, TX 78205-1749
                                                                                               TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0542-5         User: brionesr         Page 2 of 2           Date Rcvd: Oct 25, 2010
Case: 10-52450               Form ID: pdfapac       Total Noticed: 28

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 27, 2010**          **Signature:**  *Joseph Speetjens*